731 A.2d 1196

IN THE MATTER OF MERIDITH P. SOLVIBILE,
AN ATTORNEY AT LAW.

July 13, 1999.

## O R D E R

This matter having been duly presented to the Court, it is ORDERED that **MERIDITH P. SOLVIBILE** formerly of **PHIL-ADELPHIA, PENNSYLVANIA,** who was admitted to the bar of this State in 1995, and who was suspended from the practice of law for a period of six months effective September 23, 1998 by Order of this Court dated September 23, 1998, be restored to the practice of law, effective immediately.